```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 23890
   ALFREDO A SOLIS
                                           CHAPTER 13

                                           JUDGE: A BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-6604


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 06/24/2004 and was confirmed 08/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.42% from remaining funds.

     The case was paid in full 07/11/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
ABN AMRO                   CURRENT MORTG        .00              .00           .00
TOYOTA MOTOR CREDIT        SECURED          6000.00           402.74       6000.00
CENTROS MEDICOS HISPANO    SPECIAL CLASS  NOT FILED              .00           .00
ECAST SETTLEMENT CORP      UNSECURED         876.63              .00        126.39
HADI A HADI & SPECIAL AD   UNSECURED      NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        2097.99              .00        302.49
RCN COMMUNICATIONS         UNSECURED      NOT FILED              .00           .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED              .00           .00
MAHONING VALLEY EMERGENC   UNSECURED      NOT FILED              .00           .00
ECAST SETTLEMENT CORP      UNSECURED          81.62              .00         11.77
TOYOTA MOTOR CREDIT        SPECIAL CLASS    3361.12              .00       3361.12
DANIEL J WINTER            DEBTOR ATTY     1,394.00                        1,394.00
TOM VAUGHN                 TRUSTEE                                           641.49
DEBTOR REFUND              REFUND                                            340.00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              12,580.00

PRIORITY                                         .00
SECURED                                     6,000.00
   INTEREST                                   402.74
UNSECURED                                   3,801.77
ADMINISTRATIVE                              1,394.00
TRUSTEE COMPENSATION                          641.49
DEBTOR REFUND                                 340.00
                   --------------        --------------
TOTALS               12,580.00              12,580.00


               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 23890 ALFREDO A SOLIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/25/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```